
JUDGE KAPLAN

07 CV 1254


RECEIVED
FEB 20 2007
S.D.N.Y.
CASHIERS

62-07/DPM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
HANDYTANKERS K/S
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HANDYTANKERS K/S,

           Plaintiff,

-against-

TRANS MEDITERRANEE S.A.,

           Defendant.
------------------------------------------------------------x

07 CIV.            (      )

**RULE 7.1 STATEMENT**

HANDYTANKERS K/S, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
       February 20, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        HANDYTANKERS K/S

              By: _____
                  Don P. Murnane, Jr. (DM 3639)
                  Manuel A. Molina (MM 1017)

NYDOCS1/277150.1